AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| James, Robert G | U.S. District Court, Louisiana | 5/11/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. Report Type (check appropriate type)<br>○ Nomination, Date<br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
|---|---|---|

| 7. Chambers or Office Address<br><br>U. S. Courthouse<br>201 Jackson Street, Suite 201<br>Monroe, LA 71201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable law and regulations.<br><br>Reviewing Officer_____. Date_____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | James Real Estate |
| 2. | Partner | Judd & Company |
| 3. | Member | James Minerals, LLC |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | Louisiana State Employees Retirement System |

RECEIVED 2005 MAY 12 P 1:52 FINANCIAL DISCLOSURE OFFICE.

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2004 | James Real Estate (partnership income) | -791.00 |
| 2. | 2004 | Judd & Company (partnership income) | -3926.00 |
| 3. | 2004 | Louisiana State Employees Retirement System | 29687.00 |
| 4. | 2004 | James Minerals, LLC (partnership income) | 1283.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2004 | Lincoln Parish District Attorney |
| 2. | 2004 | State of Louisiana |
| 3. | 2004 | James Real Estate (partnership income) |
| 4. | 2004 | James Minerals, LLC (partnership income) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Community Trust Bank | Business Loan | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Timber Property, Vienna, La (Woodvale) | | None | K | W | | | | | See note in part VIII |
| 2. Timber Property, Union Parish, La. (cabin) | | None | K | W | | | | | See note in part VIII |
| 3. 50% interest in Lake House, Farmerville, La. (camp) | | None | K | W | | | | | See note in part VIII |
| 4. James Real Estate | E | Rent | N | W | | | | | |
| 5. | A | Royalty | | | | | | | |
| 6. Judd & Company(17.10%) | D | Royalty | J | W | | | | | |
| 7. Louisiana State Employees Retirement System | | None | | | | | | | |
| 8. American Century Gift Trust Mutual Fund | | None | J | T | | | | | |
| 9. JP Morgan Chase, Accounts | A | Interest | J | T | | | | | See Note in Part VIII |
| 10. Undeveloped Property, Lincoln Parish, LA (1/6 int.) (Slaton) | | None | J | W | | | | | See note in Part VIII |
| 11. ▇▇▇▇ Bienville Parish, La (1/3 int.) (Weyerhaeuser) | | None | J | W | | | | | See note in Part VIII |
| 12. Timber Property #1, Bienville Parish, La (1/3 int.)(Smelly) | | None | K | W | | | | | See note in Part VIII |
| 13. Timber Property #2, Bienville Parish, La (1/6 int.) (Neal) | | None | J | W | | | | | See note in Part VIII |
| 14. ▇▇▇▇ Union Parish, LA (Middle Fork) | | None | M | W | | | | | See note in part VIII |
| 15. Undeveloped property, Jackson Parish, LA (1/3 int.) (farm) | | None | J | W | | | | | See note in Part VIII |
| 16. IRA #3 | A | Dividend | K | T | | | | | |
| 17. -Fidelity Investments-Four-In-One Index | | | | | | | | | |
| 18. Merrill Lynch - Brokerage Account #2 | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -Automatic Data Proc | A | Dividend | J | T | | | | | |
| 20. -Englehard Corp | A | Dividend | | | sale | 04/19 | K | A | |
| 21. -Home Depot inc | A | Dividend | J | T | partial sale | 01/26 | J | A | |
| 22. -Pepsico Inc | A | Dividend | J | T | purchase | 09/01 | J | | |
| 23. | | | | | partial sale | 11/09 | J | A | |
| 24. -Wal Mart Stores Inc | A | Dividend | J | T | | | | | |
| 25. -Washington Mutual Inc | A | Dividend | | | sale | 02/13 | J | A | |
| 26. -CMA Money Fund | A | Interest | M | T | | | | | |
| 27. -IMS Health Inc | A | Dividend | J | T | | | | | |
| 28. -Liz Claiborne Inc | A | Dividend | J | T | | | | | |
| 29. -Berkshire Hathaway Club | A | Dividend | J | T | | | | | |
| 30. -Colgate Palmolive | A | Dividend | | | sale | 0824 | J | A | |
| 31. -Conagra Foods | A | Dividend | J | T | | | | | |
| 32. -Encana Corp | A | Dividend | J | T | | | | | |
| 33. -First Data Corp | A | Dividend | J | T | | | | | |
| 34. -Moody's Corp | A | Dividend | | | sale | 11/30 | J | A | |
| 35. -Newmont Mining Corp | A | Dividend | J | T | | | | | |
| 36. -Northern Trust Corp | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. -Paychex Inc. | A | Dividend | J | T | | | | | |
| 38. -Pfizer Inc Del PV$0.05 | A | Dividend | | | partial sale | 08/02 | J | A | |
| 39. | | | | | sale | 11/23 | J | A | |
| 40. -Renai Care Group, Inc. | | None | J | T | | | | | |
| 41. -Roberthalf Intl | | None | | | sale | 03/10 | J | A | |
| 42. -AFLAC Inc | A | Dividend | J | T | | | | | |
| 43. -Anheusr Busch | A | Dividend | J | T | | | | | |
| 44. -Applebees | | None | J | T | partial sale | 04/22 | J | A | |
| 45. -Biogen | | None | J | T | | | | | |
| 46. -Biomet Inc | | None | J | T | partial sale | 09/09 | J | A | |
| 47. -Chicago Mercantile Exch | A | Dividend | K | T | | | | | |
| 48. -Equifax Inc | A | Dividend | | | sale | 11/30 | J | A | |
| 49. -Genl Dynamics Corp | A | Dividend | J | T | | | | | |
| 50. -Sysco Corp | A | Dividend | | | sale | 09/09 | J | A | |
| 51. -TJX Cos | A | Dividend | | | sale | 09/09 | J | A | |
| 52. -Wilmington Tr Corp | A | Dividend | | | sale | 09/09 | J | A | |
| 53. -Eaton Vance Corp NVT | A | Dividend | J | T | purchase | 05/10 | J | | |
| 54. -First American Corp | A | Dividend | J | T | purchase | 05/20 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -I Shares RUS MDCP VAL | | None | K | T | purchase | 09/09 | J | | |
| 56. -United Parcel Svc | A | Dividend | J | T | purchase | 05/20 | J | | |
| 57. -Bunge Limited (x) | | None | | | sale | 04/08 | J | A | |
| 58. -Allergan Inc (x) | | None | | | sale | 05/04 | J | A | |
| 59. -Best Buy Co(x) | | None | | | sale | 04/08 | J | A | |
| 60. -Coventry Health Care, Inc(x) | | None | | | sale | 06/01 | J | A | |
| 61. -Coach, Inc(x) | | None | | | sale | 04/08 | J | | |
| 62. -Danaher Corp(x) | | None | | | sale | 04/15 | J | A | |
| 63. -Ensco Intl (x) | | None | | | sale | 04/08 | J | | |
| 64. -Greenport Financial (x) | | None | | | sale | 05/03 | J | | |
| 65. -Jacobs Intl (x) | | None | | | sale | 04/08 | J | A | |
| 66. -KLA Tencor Corp (x) | | None | | | sale | 04/08 | J | A | |
| 67. -LTX Corp (x) | | None | | | sale | 04/05 | J | A | |
| 68. -Lexmark (x) | | None | | | sale | 04/30 | J | A | |
| 69. -Marvel (x) | | None | | | sale | 04/05 | K | | |
| 70. -Navistar Intl (x) | | None | | | sale | 06/07 | J | A | |
| 71. -Starbucks(x) | | None | | | sale | 04/08 | J | A | |
| 72. -Veritas Software (x) | | None | | | sale | 04/08 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$6,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

J. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. -Barra Inc | | None | | | purchase | 02/24 | J | | |
| 74. | | | | | sale | 04/21 | J | A | |
| 75. -Coca Cola | | None | | | purchase | 10/11 | J | | |
| 76. | | | | | purchase | 08/02 | J | | |
| 77. | | | | | sale | 09/09 | J | | |
| 78. | | | | | sale | 11/09 | J | A | |
| 79. -Iron Mountain Inc | | None | | | purchase | 05/10 | J | | |
| 80. | | | | | sale | 09/24 | J | A | |
| 81. -Microsoft Corp | A | Dividend | | | Purchase | 05/10 | J | | |
| 82. | | | | | sale | 11/23 | J | A | |
| 83. -Apollo Group | | None | | | purchase | 08/02 | J | | |
| 84. | | | | | sale | 11/04 | J | | |
| 85. -Comcast Corp | | None | | | purchase | 05/10 | J | | |
| 86. | | ·, | | | sale | 07/01 | J | | |
| 87. -Carmax | | None | | | purchase | 01/21 | J | | |
| 88. | | | | | sale | 04/12 | J | | |
| 89. -Henry Jack & Assoc | | None | | | purchase | 05/10 | J | | |
| 90. | | | | | sale | 08/24 | J | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Fidelity Investments - Brokerage Account #3 | | | | | | | | | |
| 92. -Cash Account | A | Interest | L | T | | | | | |
| 93. -Berkshire Hathaway | | None | J | T | | | | | |
| 94. -Japan Fund Class S | A | Dividend | K | T | | | | | |
| 95. -Automatic Data Processing | A | Dividend | | | sale | 07/01 | J | A | |
| 96. -Home Depot Inc | A | Dividend | J | T | | | | | |
| 97. -State Street Corp | A | Dividend | J | T | | | | | |
| 98. -Equitable Res Inc | A | Dividend | J | T | | | | | |
| 99. -Michaels Stores Inc | A | Dividend | | | sale | 02/18 | J | A | |
| 100. -Dentsply Intl Inc | A | Dividend | J | T | | | | | |
| 101. -TR Russell 2000 value index | A | Dividend | K | T | partial sale | 06/09 | K | A | |
| 102. -Biogen IDEC | | None | J | T | | | | | |
| 103. -Fidelity Natl Finl | A | Dividend | J | T | | | | | |
| 104. -Anheuser Busch | A | Dividend | | | sale | 11/09 | J | A | |
| 105. -Devon Energy | A | Dividend | J | T | purchase | 01/26 | J | | |
| 106. -Fidelity Select Natural Gas | A | Dividend | J | T | purchase | 03/09 | J | | |
| 107. -Paychex Inc | A | Dividend | | | purchase | 02/27 | J | | |
| 108. | | | | | sale | 08/23 | J | | |

1. Income/Gain Codes: A = $1.000 or less   B = $1,001-$2.500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. -Vanguard Energy | A | Dividend | J | T | purchase | 03/11 | J | | |
| 110. -Quesar Corp | A | Dividend | | | purchase | 01/21 | J | | |
| 111. | | | | | sale | 11/09 | J | A | |
| 112. -Transcanada Corp | A | Dividend | | | purchase | 01/29 | J | | |
| 113. | | | | | sale | 07/01 | J | | |
| 114. Community Trust Bank, Accounts | A | Interest | L | W | | | | | |
| 115. Jackson Parish, LA property (1/6 int) (Hutcheson) (x) | | None | J | W | | | | | |
| 116. Jackson Parish, LA property (1/6 int) (Steele/Sherrard) (x) | | None | J | W | | | | | |
| 117. Jackson Parish, LA property (1/6 int) (Steele Hard 0) (x) | | None | J | W | | | | | |
| 118. Jackson Parish, LA property (1/3 int) (Cottage)(x) | | None | J | W | | | | | |
| 119. Jackson Parish, LA property (1/3 int) (Goodwood) (x) | | None | J | W | | | | | |
| 120. Bienville Parish, LA property (1/3 int) (Gibson) (x) | | None | K | W | | | | | |
| 121. Bienville parish, LA property (1/3 int) (Gates) (x) | | None | J | W | | | | | |
| 122. Bienville Parish, LA timber property (1/3 int) (Hampton) (x) | | None | K | W | | | | | |
| 123. Lincoln Parish, LA property (1/6 int) (Colvin) (x) | | None | J | W | | | | | |
| 124. Lincoln Parish, LA property (1/6 int)(Colvin Home) (x) | | None | K | W | | | | | |
| 125. Caldwell Parish, LA property (1/6 int)(Hutcheson) (x) | | None | J | W | | | | | |
| 126. Lincoln Parish, LA property (Biggs) (x) | | None | | | exchange | 10/26 | L | | Bert H. Jones |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Union Parish, LA property (Franklin) | | None | L | W | exchange | 10/26 | L | | Bert H. Jones |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $10,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1) Part VII, page 1, line 1 - This asset was formerly described as "Timber Property, Vienna, LA"

2) Part VII, page 1, line 2 - This asset was formerly described as "Timber Property, Union Parish, La."

3) Part VII, page 1, line 3 - This asset was formerly described as "50% interest in Lake House, Farmerville, La."

4) Part VII, page 1, line 9 - This asset was formerly described as "Bank One, Accounts"

5) Part VII, page 1, line 10 - This asset was formerly described as "Undeveloped Property, Lincoln Parish, LA (1/6 int.)"

6) Part VII, page 1, line 11 - This asset was formerly described as "█████ Lincoln Parish, La (1/12 int.)

7) Part VII, page 1, line 12 - This asset was formerly described as "Timber Property #1, Bienville Parish, La (1/6 int.)"

8) Part VII, page 1, line 13 - This asset was formerly described as "Timber Property #2, Bienville Parish, La (1/12 int.)"

9) Part VII, page 1, line 14 - This asset was formerly described as "█████ Union Parish, LA (formerly Robinson Est Property)"

10) Part VII, page 1, line 15 - This asset was formerly described as "Undeveloped property, Jackson Parish, LA (1/6 int.)"

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _May 10, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544